ORIGINAL

UNITED STATES DISCTRICT COURT
NORTHERN DISTRICT OF TEXAS

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

FOUNDING PARTNERS CAPITAL
MANAGEMENT, CO.; WILLIAM L.
GUNLICKS; SUN CAPITAL, INC.;
SUN CAPITAL HEALTHCARE, INC.;
FOUNDING PARTNERS STABLE-
VALUE FUND, LP; FOUNDING PARTNERS
STABLE-VALUE FUND II, LP; FOUNDING
PARTNERS GLOBAL FUND, LTD.;
FOUNDING PARTNERS HYBRID-
VALUE FUND, LP,

    Defendants,

Case No. 3-09MC0047-L



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 3 0 2009
CLERK, U.S. DISTRICT COURT
By ___ Deputy

# 30826

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

FOUNDING PARTNERS CAPITAL
MANAGEMENT, CO.; WILLIAM L.
GUNLICKS; SUN CAPITAL, INC.;
SUN CAPITAL HEALTHCARE, INC.;
FOUNDING PARTNERS STABLE-
VALUE FUND, LP; FOUNDING PARTNERS
STABLE-VALUE FUND II, LP; FOUNDING
PARTNERS GLOBAL FUND, LTD.;
FOUNDING PARTNERS HYBRID-
VALUE FUND, LP,

    Defendants,

LEYZA F. BLANCO,

    Receiver.

                                          /

Case No. 2:09-cv-00229-JES-SPC

## NOTICE OF FILING COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF AND ORDER APPOINTING RECEIVER

PLEASE TAKE NOTICE that Leyza F. Blanco, not individually, but solely in her capacity as receiver (the "Receiver") for Founding Partners Capital Management, Co., Founding Partners Stable-Value Fund, LP, Founding Partners Global Fund, Ltd., and Founding Partners Hybrid-Value Fund, LP, (collectively the "Receivership Entities"), hereby files the attached Complaint for Injunctive and Other Relief and Order Appointing Receiver.

Dated:_____

GRAYROBINSON, P.A.
Attorneys For Leyza F. Blanco, Receiver
1221 Brickell Avenue, Suite 1650
Miami, Florida 33131
Tel: 305-416-6880
Fax: 305-416-6887

By:_____
Frank P. Terzo, Esquire
Florida Bar No.: 906263

# 92819 v1